MICHELLE L. ROBERTS (SBN: 239092)
CASSIE SPRINGER-SULLIVAN (SBN: 221506)
SPRINGER-SULLIVAN & ROBERTS LLP
410 – 12th Street, Suite 325
Oakland, CA  94607
Telephone:     (510) 992-6130
Facsimile:      (510) 280-7564
Email:  mlr@ssrlawgroup.com
css@ssrlawgroup.com

Attorneys for Plaintiff,
AUSTIN SHELTON

PAMELA E. COGAN (SBN 105089)
TINO XUAN DO (SBN 221346)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com
tdo@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF
BOSTON

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin Shelton, <br><br>  Plaintiff, <br><br>  v. <br><br> Liberty Life Assurance Company of Boston, <br><br>  Defendant. <br> _____/ | CASE NO.  Case No.  C12-5269 JSW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐     Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:

    [X]    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐    other requested deadline _____

Dated: December 28, 2013            /s/*Michelle L. Roberts*
                                                               Attorney for Plaintiff

Dated: December 28, 2013            /s/Tino Xuan Do
                                                                Attorney for Defendant

**[~~PROPOSED~~] ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: January 3, 2013              _____
                                               Honorable Jeffrey S. White
                                             UNITED STATES DISTRICT JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11