1   MICHELLE L. ROBERTS (SBN 239092)
    CASSIE SPRINGER-SULLIVAN (SBN 221506)
2   SPRINGER-SULLIVAN & ROBERTS LLP
    410 – 12th Street, Suite 325
3   Oakland, California  94607
    Telephone:     (510) 992-6130
4   Facsimile:     (510) 280-7564
    Email:         mlr@ssrlawgroup.com
5   css@ssrlawgroup.com

6   Attorneys for Plaintiff
    AUSTIN SHELTON
7   PAMELA E. COGAN (SBN 105089)
    TINO XUAN DO (SBN 221346)
8   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
9   Redwood City, CA  94063-2052
    Telephone:     (650) 364-8200
10  Facsimile:     (650) 780-1701
    Email:         pcogan@rmkb.com
11  tdo@rmkb.com

12  Attorneys for Defendant
    LIBERTY LIFE ASSURANCE COMPANY OF
13  BOSTON

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18  AUSTIN SHELTON,                    | CASE NO.  CV 12-5269 JSW
19                Plaintiff,           | **STIPULATION AND [~~PROPOSED~~]
20  v.                                 | ORDER SETTING DISCOVERY
                                       | DEADLINE TO MAY 17, 2013**
21  LIBERTY LIFE ASSURANCE
22  COMPANY OF BOSTON,
23                Defendant.
24

25      Plaintiff AUSTIN SHELTON and Defendant LIBERTY LIFE ASSURANCE

26  COMPANY OF BOSTON (collectively referred to as the "Parties") through their respective

27  counsel stipulate as follows:

28      **WHEREAS,** on January 3, 2013, the Parties were ordered to participate in court-

1   sponsored mediation by the presumptive deadline of 90 days from the date of the Order, or April

2   3, 2013 (D.E. #22);

3        **WHEREAS,** the Parties are scheduled to mediate on March 26, 2013;

4        **WHEREAS,** on January 11, 2013, the Parties filed a Joint Case Management Statement,

5   proposing a fact discovery deadline of April 19, 2013 (D.E. #25);

6        **WHEREAS,** the Parties attended a case management conference on January 18, 2013 and

7   the Court's Civil Minutes set a briefing schedule for summary judgment motions but did not state

8   a deadline for discovery (D.E. #26);

9        **WHEREAS,** in light of the mediation scheduled for March 26, 2013 and the Parties'

10  desire to avoid costs associated with discovery prior to the opportunity to resolve the case early,

11  the Parties jointly request that the discovery deadline be set to May 17, 2013;

12       **WHEREAS,** a discovery deadline of May 17, 2013 will not impact the current case

13  schedule;

14       **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

15       The discovery deadline in this matter shall be set for May 17, 2013.

16

17  Dated:  March 8, 2013                    SPRINGER-SULLIVAN & ROBERTS LLP

18                                           By: */s/ Michelle L. Roberts*
                                             _____
                                                 MICHELLE L. ROBERTS
19                                               CASSIE SPRINGER-SULLIVAN
                                                 Attorney for Plaintiff
20                                               AUSTIN SHELTON

21  Dated:  March 8, 2013                    ROPERS, MAJESKI, KOHN & BENTLEY

22                                           By: */s/ Tino X. Do*
                                             _____
23                                               PAMELA E. COGAN
                                                 TINO X. DO
24                                               Attorneys for Defendant
                                                 LIBERTY LIFE ASSURANCE
25                                               COMPANY OF BOSTON

26

27

28

STIPULATION AND [PROPOSED] ORDER
SETTING DISCOVERY DEADLINE
12-5269 JSW

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2    The discovery deadline in this matter shall be set for May 17, 2013.  All other case deadlines shall

3    remain in effect.

4

5    Dated: ___March 8, 2013___

         _____

6                                         UNITED STATES DISTRICT COURT JUDGE
                                          Hon. Jeffrey S. White

7

8

9                              **SIGNATURE ATTESTATION**

10

11           I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has

12   been obtained from the other signatory on this document.

13   DATED:  March 8, 2013              By: _____/s/ *Michelle L. Roberts*_____

14                                              MICHELLE L. ROBERTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28