Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  PAMELA E. COGAN (SBN 105089)
   TINO XUAN DO (SBN 221346)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        pcogan@rmkb.com; tdo@rmkb.com
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7

   MICHELLE ROBERTS (SBN 239092)
8  CASSIE SPRINGER (SBN 221506)
   SPRINGER & ROBERTS LLP
9  410 – 12th Street, Suite 325
   Oakland, California  94607
10 Telephone:    (510) 992-6130
   Facsimile:    (510) 280-7564
11 Email:        mlr@ssrlawgroup.com; css@ssrlawgroup.com

12 Attorneys for Plaintiff
   AUSTIN SHELTON
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17 AUSTIN SHELTON,                     CASE NO.  CV 12-5269 JSW

18           Plaintiff,               **STIPULATION AND [PROPOSED]
                                      ORDER RE DISMISSAL OF ACTION
19 v.                                 WITH PREJUDICE**

20 LIBERTY LIFE ASSURANCE             Honorable Jeffrey S. White
   COMPANY OF BOSTON,
21
             Defendant.
22

23

24

25     **IT IS HEREBY STIPULATED** by and between Plaintiff, AUSTIN SHELTON, and

26 Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their

27 respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

28 with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

   RC1/6913070.1/TXD                          STIPULATION AND ORDER RE DISMISSAL OF
                                                   ACTION, CASE NO. CV 12-5269 JSW

1    All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

2  the Stipulation's content and have authorized its filing.

3        **IT IS SO STIPULATED.**

4

Dated: April 18, 2013                          ROPERS, MAJESKI, KOHN & BENTLEY

5

6

7                                              By: */s/ Pamela Cogan*
                                                   PAMELA E. COGAN
8                                                  TINO X. DO
                                                   Attorneys for Defendant
9                                                  LIBERTY LIFE ASSURANCE
                                                   COMPANY OF BOSTON

10 Dated: April 18, 2013                         SPRINGER & ROBERTS LLP

11

12

13                                             By: */s/ Michelle Roberts*
                                                   MICHELLE ROBERTS
14                                                 CASSIE SPRINGER
                                                   Attorney for Plaintiff
15                                                 AUSTIN SHELTON

16

17

18

19                        **ORDER**

20    **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-

21 captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and

22 claims.  Each party shall bear its own fees and costs.

23 Dated: April 19 , 2013          By: _____
                                       Hon. Jeffrey S. White
24                                     United States District Court Judge

25

26

27

28

RC1/6913070.1/TXD                    - 2 -         STIPULATION AND ORDER RE DISMISSAL OF
                                                   ACTION, CASE NO. CV 12-5269 JSW