PAMELA E. COGAN (SBN 105089)
TINO XUAN DO (SBN 221346)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com; tdo@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

MICHELLE ROBERTS (SBN 239092)
CASSIE SPRINGER (SBN 221506)
SPRINGER & ROBERTS LLP
410 – 12th Street, Suite 325
Oakland, California 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564
Email: mlr@ssrlawgroup.com; css@ssrlawgroup.com

Attorneys for Plaintiff
AUSTIN SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO. CV 12-5269 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Jeffrey S. White |

**IT IS HEREBY STIPULATED** by and between Plaintiff, AUSTIN SHELTON, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

RC1/6913070.1/TXD

STIPULATION AND ORDER RE DISMISSAL OF ACTION, CASE NO. CV 12-5269 JSW

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: April 18, 2013      ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela Cogan*
    PAMELA E. COGAN
    TINO X. DO
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

Dated: April 18, 2013      SPRINGER & ROBERTS LLP

By: */s/ Michelle Roberts*
    MICHELLE ROBERTS
    CASSIE SPRINGER
    Attorney for Plaintiff
    AUSTIN SHELTON

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: April 19, 2013      By: _____
    Hon. Jeffrey S. White
    United States District Court Judge